UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEPHANY CARVAJAL, individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

IMPERIAL FIRE AND CASUALTY
INSURANCE COMPANY,

     Defendant.
_____/

Case No. 19-cv-22759-FAM

**CLASS ACTION**

**JURY TRIAL DEMAND**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stephany Carvajal herby voluntarily dismisses this action as follows:

1. All claims of Plaintiff Stephany Carvajal, individually, are hereby dismissed without prejudice.

2. Each party shall bear its own attorney's fees and costs.

Dated:  July 26, 2019        Respectfully Submitted:

                  By:    */s/ Jordan D. Utanski*
                         **EDELSBERG LAW, P.A.**
                         Scott A. Edelsberg, Esq.
                         Florida Bar No. 0100537
                         edelsberg@edelsberglaw.com
                         Jordan D. Utanski, Esq.
                         Florida Bar No. 119432
                         utanski@edelsberglaw.com
                         20900 NE 30th Avenue, Suite 417
                         Aventura, FL 33180
                         Tel: (305) 975-3320

                         **SHAMIS & GENTILE, P.A.**
                         Andrew J. Shamis, Esq.
                         Florida Bar No. 101754
                         ashamis@shamisgentile.com

14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Tel: (305) 479-2299

**NORMAND PLLC**
Edmund A. Normand, Esq.
Florida Bar No. 865590
Jacob Phillips, Esq.
Florida Bar No. 0120130
62 West Colonial Street, Suite 209
Orlando, Florida 32814
Tel: (407) 603-6031
ed@normandpllc.com
jacob.phillips@normandpllc.com
service@normandpllc.com

*Counsel for Plaintiff*

2